# United States District Court

### District of Utah, Central Division

Southern Utah Wildness Alliance,

        Plaintiff,                       **JUDGMENT IN A CIVIL CASE**

        v.

U.S. Department of the Interior, et al.,         Case Number: 2:23-CV-492-AMA-DBP

        Defendants.

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed without prejudice, each party to bear its own costs and attorney fees.

Dated: July 30, 2024.                                            By the Court:

                                                                 *[signature]*

                                                            Ann Marie McIff Allen
                                                           United States District Judge